**DISMISS and Opinion Filed May 10, 2024**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-24-00219-CR**
_____

**KANJAKSHA KUMAR KATTA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 175th District Court**
**Bexar County, Texas**
**Trial Court Cause No. 2022CR8987**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Reichek, and Justice Kennedy
Opinion by Chief Justice Burns

Before the Court is appellant's motion to dismiss this appeal. In the motion, appellant states he "does hereby: (1) withdraw his notice of appeal in the above styled & numbered appeal; and (2) request this Honorable Court to dismiss the instant appeal of trial no.: 2022CR8987." The motion is signed by appellant and his counsel.

We grant the motion to dismiss the appeal, and we order the appeal dismissed.

/Robert D. Burns, III/

ROBERT D. BURNS, III

CHIEF JUSTICE

Do Not Publish

TEX. R. APP. P. 47.2(b)

240219F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

KANJAKSHA KUMAR KATTA,
Appellant

No. 05-24-00219-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 175th District
Court, Bexar County, Texas
Trial Court Cause No. 2022CR8987.
Opinion delivered by Chief Justice
Burns. Justices Reichek and Kennedy
participating.

Based on the Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 10th day of May 2024.